**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JAN R. SCHNEIDERMAN,

        Petitioner,

-vs-                                   Case No. 6:04-cv-1520-Orl-19KRS
                                       (Criminal Case No.: 6:99-cr-98-Orl-19KRS)

UNITED STATES OF AMERICA,

        Respondent.
_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR EXTENSION OF TIME (Doc. No. 14)** |
| **FILED:** | **July 11, 2005** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

Petitioner shall have until August 5, 2005, to comply with the Court's Order of June 14, 2005 (Doc. No. 13). The failure to do so may result in the dismissal of this action without further notice.

**DONE AND ORDERED** at Orlando, Florida this __15th_____ day of July, 2005.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 7/13
Counsel of Record
Jan R. Schneiderman