**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAN R. SCHNEIDERMAN,

        Petitioner,

-vs-                                      Case No.  6:04-cv-1520-Orl-19KRS
                                           (Criminal Case No.:  6:99-cr-98-Orl-19KRS)

UNITED STATES OF AMERICA,

        Respondent.
_____

## ORDER

Within eleven (11) days from the date of this Order, Mr. Kenneth Kukec shall file a response to Petitioner's Reply (Doc. No. 16, filed August 17, 2005).  In the response, among other matters, Mr. Kukec should address Petitioner's desire to have the materials sent to her in the manner set forth on page 4 of the reply.

      **DONE AND ORDERED** at Orlando, Florida this __23rd_____ day of August, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 8/18
Counsel of Record
Jan R. Schneider man
Kenneth J. Kukec