UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAN R. SCHNEIDEMAN,

      Petitioner,

v.                                                   CASE NO. 6:04-cv-1520-Orl-19KRS
                                                    (6:99-cr-98-Orl-19KRS)

UNITED STATES OF AMERICA,

      Respondent.

## ORDER

Mr. Kukec filed a Response to Court's Order of August 23, 2005 (Doc. No. 18, filed September 8, 2005) indicating, in relevant part, that "Petitioner's files are securely boxed and sealed and ready for pickup at counsel's office, and have been since counsel's April 28th response to the Court's April 7, 2005, order. Counsel simply requests 48 hours advance notice of when the files are going to be picked up . . . ." (Mr. Kukec's Response at 2.) However, Petitioner has requested that Mr. Kukec mail the files to her at the federal correctional facility where she is incarcerated in Connecticut, and Mr. Kukec did not address Petitioner's request that the files be mailed to her. Within eleven (11) days from the date of this Order, Mr. Kukec shall file a written response addressing Petitioner's request that the files be mailed to her. The Clerk of the Court is directed to provide a copy

of this Order to Mr. Kukec.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this __12th___ day of September, 2005.

```
_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT
```

Copies to:
pslc 9/12
Jan R. Schneiderman
Counsel of Record
Kenneth Kukec