UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAN R. SCHNEIDERMAN,

    Petitioner,

v.                                      CASE NO. 6:04-cv-1520-Orl-19KRS
                                          (6:99-cr-98-Orl-19KRS)

UNITED STATES OF AMERICA,

    Respondent.

_____

**ORDER**

Mr. Kenneth J. Kukec filed a response (Doc. No. 20, filed September 19, 2005) to the Court's Order of September 12, 2005 (Doc. No. 19). Mr. Kukec indicated that he would be willing to provide the files and materials to Petitioner but requested the following: 1) that, prior to shipment, Petitioner pay him in full for the shipping costs; and 2) that, he receive "assurances" that the Federal Correctional Institution in Danbury, Connecticut (the "correctional facility"), where Petitioner is housed, will permit Petitioner to receive the files and materials.

Consequently, in an effort to expedite Petitioner's receipt of the pertinent files and materials from Mr. Kukec, the office of the undersigned contacted Mr. Kukec and Rick Shamro, a supervisor at the correctional facility. Mr. Kukec indicated that the costs for shipping the pertinent files and materials to Petitioner would be $140.00. Mr. Shamro

indicated that Petitioner would be allowed to receive the files and materials from Mr. Kukec, except that she would not be allowed to receive any items that would require the use of a computer.[1]

Accordingly, within forty-five (45) days from the date of this Order, Petitioner shall provide payment to Mr. Kukec in the amount of $140.00. Immediately, upon receipt of the payment, Mr. Kukec shall mail the pertinent files and materials directly to Petitioner at the correctional facility.[2] Within forty-five (45) days from the date of this Order, Petitioner shall also inform the Court in writing as to the status of the shipment of the files and materials. Petitioner is advised that the failure to notify the Court as directed may result in the dismissal of this action without further notice. The Clerk of the Court is directed to provide a copy of this Order to Mr. Kukec.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this __4th___ day of October, 2005.

*[signature]*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] *E.g.*, a computer disk.

[2] Mr. Kukec should not provide any materials that would require the use of a computer.

Copies to:
pslc 10/4
Jan R. Schneiderman
Counsel of Record
Kenneth J. Kukec