UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


JAN R. SCHNEIDERMAN

       Petitioner,

v.                                                    CASE NO. 6:04-cv-1520-Orl-19KRS

UNITED STATES OF AMERICA,

       Respondent.

_____

**ORDER**

Petitioner filed a motion to vacate, set aside, or correct an illegal sentence pursuant

to 28 U.S.C. § 2255 (Doc. No. 1, filed October 15, 2004) to which the Government filed a

response (Doc. No. 4, filed December 7, 2004).  Petitioner then filed a reply (Doc. No. 7,

filed January 7, 2005) requesting additional time to present further arguments and to

determine whether she would continue to prosecute this case.  Eventually, Petitioner

requested that she be provided with certain documents and files from her trial counsel,

Kenneth Kukec, and, after several Orders directing replies from Mr. Kukec and Petitioner,

the Court entered an Order on October 4, 2005 (Doc. No. 21), providing 1) that Petitioner

should provide payment to Mr. Kukec in the amount of $140.00, 2) that, upon receipt of

payment, Mr. Kukec should mail the pertinent files and materials directly to Petitioner, and

3) that Petitioner should inform the Court, within forty-five days from the date of the

Order, as to the status of the shipment of the files and materials.  As of the date of this

Order, there has been no response from Petitioner.

Accordingly, this case will proceed as the original section 2255 motion filed by Petitioner (Doc. No. 1).  The Government's initial response dealt with the timeliness of the motion, and, consequently, the Government shall file a supplemental response, within forty-five (45) days from the date of this Order, dealing with the merits of Petitioner's claims.[1]

**DONE AND ORDERED** in Chambers at Orlando, Florida, this __19th___ day of December, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 12/19
Jan R. Schneiderman
Counsel of Record

---

[1]The Government should provide record citations when applicable.