UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAN R. SCHNEIDERMAN,

        Petitioner,

-vs-                                Case No.  6:04-cv-1520-Orl-19KRS
                                (Criminal Case No.:  6:99-cr-98-Orl-19KRS)

UNITED STATES OF AMERICA,

        Respondent.
_____

**ORDER**

The Government has filed its response (Doc. No. 23) to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence, requesting that the Court deny the motion. Petitioner is advised out of an abundance of caution that the denial of his motion at this stage would represent a final adjudication of this case which may foreclose subsequent litigation on the matter. *See Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985).

Accordingly, Petitioner shall have **NINETY (90) DAYS** from the date of this order to file an opposition to the Government's response to his motion. Thereafter, both the motion and the response to it will be taken under advisement by the Court, and an order will be entered without further notice.

**DONE AND ORDERED** at Orlando, Florida, this __10th_____ day of April, 2006.

/s/ Patricia C. Fawsett
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 4/5
Counsel of Record
Jan R. Schneiderman